## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| **HERRON LEE JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 4:26-cv-00256-CDL-CHW** |
| **v.** | : | |
| | : | |
| **Officer SIMMS,** | : | |
| **Officer LOCKHART,** | : | |
| | : | **Proceedings Under 42 U.S.C. §1983** |
| **Defendants.** | : | **Before the U. S. Magistrate Judge** |
| | : | |

## ORDER

*Pro se* Plaintiff Herron Lee Johnson, an inmate in the Muscogee County Jail in Columbus, Georgia, filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.  However, Plaintiff has not paid the filing fee or requested to proceed without prepayment of the filing fee.   In order to proceed, Plaintiff must either pay the $405.00 filing fee or if indigent, file a motion to proceed *in forma pauperis*.   If Plaintiff seeks to proceed without prepayment of the filing fee, then he is advised that pursuant to 28 U.S.C. § 1915(a)(1)-(2) he must file both an affidavit in support of his claim of indigency and "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint."   Without an account statement or similar certified documentation signed by a corrections official from Plaintiff's place of incarceration, the court does not have sufficient information to determine whether the Plaintiff will be permitted to proceed *in forma pauperis* and whether a partial initial filing fee will be

assessed.  *See id.*; 28 U.S.C. § 1915(b)(1).  Plaintiff is further notified that even if he is allowed to proceed *in forma pauperis* with or without a partial initial filing fee, a Plaintiff must nevertheless pay the full amount of the filing fee in installments based on funds in the prisoner's account even if the Plaintiff's complaint (or any part thereof) is dismissed.  28 U.S.C. § 1915(b)(2); 28 U.S.C. § 1915(e)(2)(B).

Accordingly, Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to (1) remit full payment of $405.00 to the Court or (2) if indigent, submit a motion for leave to proceed *in forma pauperis*, completed pauper's affidavit, and a certified copy of his prison trust account statement (or institutional equivalent) for the preceding six months signed by the appropriate prison official.

The Clerk of Court is **DIRECTED** to provide Plaintiff with a copy of the Court's standard *in forma pauperis* application designated for prisoners along with the account certification form with the above civil case number printed there upon.  Plaintiff must use these standard forms in complying with the Court's Order.  Failure to fully and timely comply with this Order may result in the dismissal of this civil action. There shall be no service on any Defendant pending further order of the Court.

**SO ORDERED and DIRECTED**, this 17th day of March, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2