IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HERRON LEE JOHNSON,                          *

           Plaintiff,                 *

v.                                                              Case No.  4:26-cv-256-CDL-CHW

                                  *

Officer SIMS, *et al.,*

                                  *

           Defendants.

                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 22nd day of May, 2026.

                             David W. Bunt, Clerk

                             s/ Elizabeth S. Long, Deputy Clerk